ORIGINAL

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | № 4 - 16 C R 1 1 1 O |
| ALBERT CENICEROS (01)<br>SILTON RUSSELL GOUTREAUX (02)<br>a/k/a Pretty Boy<br>TERRI FAULKNER (03)<br>a/k/a Shae Loveless<br>BRIAN THOMAS GIBBONS (04)<br>CHRIS SPHABMISAI (05) |  |

## INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or around January 2014, and continuing until in or around January 2015, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Albert Ceniceros, Silton Russell Goutreaux**, also known as Pretty Boy, **Terri Faulkner**, also known as Shae Loveless, **Brian Thomas Gibbons**, and **Chris Sphabmisai**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled

Information – Page 1

substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Shawn Smith

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

Information – Page 2